

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Dakota Douglas Dixon,

No. 11-20-00161-CR

* From the 142nd District Court
of Midland County,
Trial Court No. CR51721.

* May 12, 2022

* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.